

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2022

No. 04-22-00498-CR

Alexander E. **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8604
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

Appellant Alexander E. Garza seeks to appeal the trial court's judgment of conviction. A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A review of the record shows the trial court imposed sentence on June 7, 2022, and because Garza did not file a motion for new trial, his notice of appeal was due by July 7, 2022 or a notice and motion for extension of time was due fifteen days later. *See* TEX. R. APP. P. 26.2(a)(1), 26.3. However, Garza did not file his notice of appeal until July 26, 2022, and there is nothing in the record indicating he filed a motion for extension of time. *See id.* R. 26.3.

Accordingly, it appears the notice of appeal was untimely filed, and no motion for extension of time was filed. We therefore **order** appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction **by September 14, 2022**. *See id.*; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure). If appellant fails to respond to this order by the date ordered, this appeal will be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3. All other appellate deadlines are suspended until further order of this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2022.



Michael A. Cruz,
Clerk of Court